MELISSA T. GRACEY, Appellant, *v.* JASPER A. CAMPBELL, JR., et al., Copartners under the Firm Name of CAMPBELL, STARRING & COMPANY, Respondents.

(Argued October 11, 1932; decided October 25, 1932.)

*Edward D. Bryde* for appellant.

*William E. Bardusch* and *Harold A. Scheminger* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.